# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEANGELO MARON MALONE,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 71605

**FILED**

JAN 3 0 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

On October 24, 2016, appellant filed a notice of appeal. No appealable order was designated in the notice of appeal. Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

cc:    Hon. Kerry Louise Earley, District Judge
       Deangelo Maron Malone
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

17-03310